*ant Attorney General Morison* and *Paul A. Sweeney* for the United States.

No. 443. TITUSVILLE DAIRY PRODUCTS Co. *v.* BRANNAN, SECRETARY OF AGRICULTURE. C. A. 3d Cir. Certiorari denied. *Willis F. Daniels* and *George H. Hafer* for petitioner. *Solicitor General Perlman, Joseph W. Bishop, Jr., J. Stephen Doyle, Jr., Neil Brooks* and *Lewis A. Sigler* for respondent.

No. 444. CALIFORNIA STATE AUTOMOBILE ASSOCIATION *v.* SMYTH, COLLECTOR OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Arthur H. Deibert* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for respondent. *Cassius E. Gates* filed a brief for the Automobile Club of the State of Washington, as *amicus curiae,* supporting the petition.

No. 446. GUY *v.* UTECHT, WARDEN. Supreme Court of Minnesota. Certiorari denied. *Harry O. Rosenberg* for petitioner. *J. A. A. Burnquist,* Attorney General of Minnesota, and *Ralph A. Stone,* Assistant Attorney General, for respondent.

No. 6, Misc. BARRIGAR *v.* ILLINOIS. Circuit Court of Adams County, Illinois. Certiorari denied. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines, James C. Murray* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 10, Misc. SNELL *v.* MAYO, PRISON CUSTODIAN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, *Reeves*

*Bowen* and *Howard S. Bailey,* Assistant Attorneys General, for respondent.

No. 44, Misc. DALTON *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Felicia H. Dubrovsky* for respondent.

No. 49, Misc. PRINCE *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. J. E. Taylor,* Attorney General of Missouri, and *Gordon P. Weir,* Assistant Attorney General, for respondent.

No. 78, Misc. OWENS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for the United States.

No. 94, Misc. WETHERBEE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 140, Misc. ADAMS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Sam W. Davis* for petitioner. *Price Daniel,* Attorney General of Texas, *Joe R. Greenhill,* First Assistant Attorney General, and *Jesse P. Luton, Jr.,* Assistant Attorney General, for respondent.

No. 183, Misc. GIBSON *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner. *Fred N. Howser,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondent.